**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                          **CRIMINAL NO. 3:05-cr-29-WHB**

**ADRIAN LOPEZ-VALENZUELA**

<u>**ORDER OF DISMISSAL**</u>

In accordance with the Order entered this day, which dismissed the Indictment against Defendant pursuant to 18 U.S.C. § 3162(a)(2), this case is hereby finally dismissed, with prejudice.

SO ORDERED this the 17th day of January, 2008.


                                    <u>s/ William H. Barbour, Jr.  </u>
                                    UNITED STATES DISTRICT JUDGE